Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| R2B2 LLC D/B/A RUSSELL AND BODE DDS PLLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUCK INSURANCE EXCHANGE,<br><br>Defendant. | No. 3:21-cv-05585-BHS<br><br>ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| 54-40 Brewing Co., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUCK INSURANCE EXCHANGE,<br><br>Defendant. | No. 3:21-cv-05585-BHS |

THIS MATTER came before the Court on the Parties' Stipulated Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  After having considered the Parties' Motion,

It is hereby ORDERED that the Parties' Motion, Dkt. 51, is Granted:

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY
DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(II) - 1

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

This matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own costs and fees.

DONE IN OPEN COURT this 16th day of September, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

KELLER ROHRBACK L.L.P.

By: *s/ Gabriel E. Verdugo*
By: *s/ Nathan L. Nanfelt*
    Gabriel E. Verdugo, WSBA #44154
    Nathan L. Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    gverdugo@kellerrohrback.com
    nnanfelt@kellerrohrback.com

*Attorneys for Plaintiff R2B2 LLC d/b/a Russell and Bode DDS PLLC*

FOREMAN STURM & THEDE LLP

By: *s/ Kyle A. Sturm*
By: *s/ Nicholas A. Thede*
    Kyle A. Sturm, Admitted *pro hac vice*
    Nicholas A. Thede, WSBA #43765
    3519 NE 15th Avenue, #489
    Portland, OR 97212
    Phone: (503) 206-5824
    kyle.sturm@foremansturm.com
    nick.thede@foremansturm.com

NICK KAHL LLC

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | By: *s/ Nicholas A. Kahl*
2 |    Nicholas A. Kahl, Admitted *pro hac vice*
   209 SW Oak Street, Suite 400
3 |    Portland, OR 97204
   Phone: (971) 634-0829
4 |    nick@nickkahl.com

5 | WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
6 |
7 | By: *s/ Craig Lowell*
   Craig Lowell, Admitted *pro hac vice*
8 |    The Kress Building
   301 19th Street North
9 |    Birmingham, AL 35203
   Phone: (205) 433-7206
10 |    clowell@wigginschilds.com

11 |
*Attorneys for Plaintiff 54-40 Brewing Co.*
12 |
HOGAN LOVELLS US LLP
13 |
14 | By: *s/ Christopher Cox*
   Christopher Cox, *pro hac vice*
15 |    Vanessa Wells, *pro hac vice*
   Joseph Spoerl, *pro hac vice*
16 |    4084 Campbell Ave., Suite 100
   Menlo Park, CA 94025
17 |    Phone: (650) 463-4000
   chris.cox@hoganlovells.com
18 |    vanessa.wells@hoganlovells.com
   joseph.spoerl@hoganlovells.com
19 |
20 |    Andrew Lillie, *pro hac vice*
   Cory Wroblewski, *pro hac vice*
21 |    1601 Wewatta St., Suite 900
   Denver, CO 80202
22 |    Phone: (303) 899-7339
   andrew.lillie@hoganlovells.com
23 |    cory.wroblewski@hoganlovells.com

24 |
*Attorneys for Defendant Truck Insurance Exchange*
25 |
26 |

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY
DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(II) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384